The motion was made upon the ground that the question involved had become academic.

*George L. Ingraham* for motion.

*Walter J. Rosston* opposed.

Motion denied, without costs.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RICHARD HARRISON, Appellant.

(Submitted February 23, 1920; decided March 2, 1920.)

Motion for re-argument denied.   (See 227 N. Y. 647.)

---

MILDRED MULLER, by MARY FINCK, Her Guardian ad Litem, Respondent, *v.* FRANCIS HILLENBRAND, Appellant.

(Submitted February 23, 1920; decided March 2, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary disbursements.   (See 227 N. Y. 448.)

---

MARY FINCK, Respondent, *v.* FRANCIS HILLENBRAND, Appellant.

(Submitted February 23, 1920; decided March 2, 1920.)

Motion for re-argument denied, without costs. (See 227 N. Y. 448.)

---

KNIGHT & DE MICCO, INCORPORATED, Appellant, *v.* FREDERICK N. LEWIS, Respondent.

Reported below, 182 App. Div. 884.

(Submitted February 23, 1920; decided March 2, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1918, unanimously affirming a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that the question involved had become academic.